**WARD, KEENAN & BARRETT, P.C.**
Gerald Barrett (SBN 005855)
gbarrett@wardkeenanbarrett.com
3838 N. Central Avenue, Suite 1720
Phoenix, Arizona 85012
Tel:   (602) 279-1717
Fax:   (602) 279-8908

**BURSOR & FISHER, P.A.**
Yitzchak Kopel
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
E-Mail: ykopel@bursor.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Heather Knight,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Patagonia, Incorporated.<br><br>　　　　　　　Defendant. | No. CV-24-00255-RM<br><br>**PLAINTIFF'S NOTICE OF NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

　　Plaintiff Tomi Hartley voluntarily dismisses her claims without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:  September 6, 2024　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　**WARD, KEENAN & BARRETT, P.C.**

　　　　　　　　　　　　　　　　　*/s/ Gerald Barrett*

　　　　　　　　　　　　　　　　　Gerald Barrett (SBN 005855)
　　　　　　　　　　　　　　　　　gbarrett@wardkeenanbarrett.com
　　　　　　　　　　　　　　　　　3838 N. Central Avenue, Suite 1720
　　　　　　　　　　　　　　　　　Phoenix, Arizona 85012
　　　　　　　　　　　　　　　　　Tel:  (602) 279-1717

-- 1 --

Fax: (602) 279-8908

**BURSOR & FISHER, P.A.**
Yitzchak Kopel
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
E-Mail: ykopel@bursor.com

*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September 2024, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

s/ Gerald Barrett