# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Heather Knight, | No. CV-24-00255-TUC-RM |
| Plaintiff, | **ORDER** |
| v. | |
| Patagonia Incorporated, | |
| Defendant. | |

      Pending before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice. (Doc. 13.)[1] Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may voluntarily dismiss an action without a court order before the opposing party serves either an answer or a motion for summary judgment.

      Accordingly,

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

---

[1] It appears that Plaintiff's Notice of Voluntary Dismissal erroneously refers to Tomi Hartley as the named Plaintiff instead of Heather Knight; however, the caption of the Notice correctly names Heather Knight. (Doc. 13.)

**IT IS ORDERED** that, pursuant to the Notice of Voluntary Dismissal Without Prejudice (Doc. 13) and Federal Rule of Civil Procedure 41(a)(1)(A)(i), the above-entitled action is **dismissed without prejudice**.  The Clerk of Court is directed to close this case.

Dated this 12th day of September, 2024.

_____
Honorable Rosemary Márquez
United States District Judge